IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEREMY JOINER and MICHAEL MALONE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 11-0426-CG-C |
| MAX MUTCHNICK, STANLEY SMALL, and AIR COMFORT COMPANY, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

The parties having stipulated and agreed that the court should enter judgment in favor of the plaintiffs, it is therefore **ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of plaintiffs Jeremy Joiner and Michael Malone and against defendant Max Mutchnick as stipulated by the parties in their joint motion to approve settlement agreement, and as set forth in the court's order approving the parties' joint motion.

The court will enter final judgment after approving the plaintiffs' motion for attorney's fees and upon dismissal of the remaining defendants.

**DONE** and **ORDERED** this 19th day of June, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE